UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADE PIG VENTURES – RIVER RIDGE, LLC,

    Plaintiff,

vs.

CITY OF WALKER,

    Defendant.

Case No. 1:24-cv-382

Hon. Jane M. Beckering

/

## STIPULATED ORDER FOR REMAND

This matter is before the Court on the stipulation of the parties. On April 12, 2024, Defendant removed this case to this Court from the Kent County Circuit Court (Case No. 24-02401-CH, Honorable Scott A. Noto) on the basis that this Court has original jurisdiction under 28 U.S.C. § 1331 over the claims alleged in Plaintiff's Complaint. (ECF No. 1, PageID.2.) Defendant was initially informed that an acknowledgment of service was signed on March 14, 2024. Plaintiff has provided information and documentation that the Complaint was actually served on Defendant on March 12, 2024. Defendant removed that suit to this Court 31 days later on April 12, 2024. Based upon the information received from Plaintiff, Defendant agrees that its notice of removal was filed outside of the 30-day window set forth in 28 U.S.C. § 1446(b)(1). This case should therefore be remanded to the State of Michigan Circuit Court for the County of Kent.

NOW THEREFORE;

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1447 this action shall be remanded to Kent County Circuit Court, Case No. 24-02401-CH.

IT IS FURTHER ORDERED that consistent with 28 U.S.C. § 1447(c), the Clerk of this Court shall cause a certified copy of this Order and a copy of the court file to be mailed to the

1

2

Clerk of the Circuit Court for Kent County, Michigan.

IT IS FURTHER ORDERED that the parties shall bear their own costs, expenses, and attorney fees associated with the remand.

IT IS FURTHER ORDERED that the Motion to Remand (ECF No. 7) is DISMISSED as moot.

      /s/ Jane M. Beckering
JANE M. BECKERING
UNITED STATES DISTRICT JUDGE

Dated: May 30, 2024